

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00412-CR

Daveon Lamar **MINGO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR11261A
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The appellant's motion to permit late filing of notice of appeal is hereby granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court